### AVAYA INC., Dell Inc., Sony Corporation of America, Hewlett–Packard Co., Appellants

v.

### NETWORK–1 TECHNOLOGIES, INC. (formerly known as Network–1 Security Solutions, Inc.), Appellee.

Nos. 2014–1782, 2014–1783, 2014–1784, 2014–1785.

United States Court of Appeals, Federal Circuit.

Aug. 10, 2015.

Jeffrey Sanok, Crowell & Moring, LLP, Washington, DC, argued for all appellants. Appellant Avaya Inc. also represented by Brian M. Koide; Scott Bittman, New York, NY; Jonathan M. Lindsay, Irvine, CA.

Thomas M. Dunham, Winston & Strawn LLP, Washington, DC, for appellant Dell Inc. Also represented by James Michael Woods; Kimball Richard Anderson, Chicago, IL; Michael J. Scheer, New York, NY.

Lionel M. Lavenue, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, for appellant Sony Corporation of America. Also represented by Daniel Craig Cooley.

Robert J. Walters, Paul Hastings LLP, Washington, DC, for appellant Hewlett–Packard Co. Also represented by David Henry Dolkas, McDermott, Will & Emery LLP, Menlo Park, CA.

Gregory S. Dovel, Dovel & Luner, LLP, Santa Monica, CA, argued for appellee. Also represented by Sean Luner.

O'MALLEY, REYNA, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**